

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-14-00439-CR

SALVADOR VILLAGOMEZ                                                      APPELLANT

V.

THE STATE OF TEXAS                                                            STATE

----------

FROM THE 432ND DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NO. 1339038W

----------

## MEMORANDUM OPINION[1]

----------

On October 17, 2014, the trial court revoked Appellant Salvador Villagomez's community supervision, adjudicated his guilt for robbery causing bodily injury, and sentenced him to six years' confinement in the Institutional Division of the Texas Department of Criminal Justice. On the same day, the trial court entered its certification of defendant's right to appeal. *See* Tex. R. App. P.

---

[1]*See* Tex. R. App. P. 47.4.

25.2(a)(2). The certification states that "the defendant has waived the right to appeal."

On October 23, 2014, Appellant filed a pro se notice of appeal. On October 27, 2014, we notified Appellant that the certification indicating that he had waived the right to appeal had been filed in this court and that this appeal could be dismissed unless he or any party desiring to continue the appeal filed a response on or before November 6, 2014, showing grounds for continuing the appeal. *See* Tex. R. App. P. 25.2(d), 44.3. No response has been filed. Because the trial court's certification affirmatively shows that Appellant has waived the right to appeal, we dismiss the appeal. *See* Tex. R. App. P. 43.2(f); *Hill v. State*, 929 S.W.2d 607, 609 (Tex. App.—Waco 1996, no pet.).


                                        PER CURIAM

PANEL:  GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  December 18, 2014